

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2022

No. 04-22-00042-CV

**IN THE INTEREST OF J.J.T**.,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00351
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was due on January 31, 2022, but has not been filed. We therefore ORDER the court reporter responsible for preparing the reporter's record to file the reporter's record on or before **February 17, 2022**.

Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2022.

MICHAEL A. CRUZ, Clerk of Court